FILED
CLERK, U.S. DISTRICT COURT

AUG 31 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

09-1985M

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| ) | HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | Allegations of Violations of Probation |
| ) | Supervised Release) |
| Charles Joseph Connelly ) | Conditions of Release) |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (~~ ~~) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can remain crime free._

(B) ( ✓ ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by court orders_

IT IS ORDERED that defendant be detained.

DATED: 8/31/09

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE